UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | | | |
|---|---|---|---|
| In Re: | Wheat Swamp Landscaping Inc. | Case No.: | 02-07226-8-JRL |
| | Debtor(s) | | |
| Address: | 4675 Ben Dail Road | Chapter: | 12 |
| | LaGrange, NC 28551 | | |

## REPORT OF UNCLAIMED DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, reports to the Court:

1. That, checks were issued to the below listed creditors in accordance with the Chapter 12 Plan in this case and said checks have not been negotiated by the payee:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| #43  NCNG<br>PO Box 791<br>Raleigh, NC 27602-0791 | $2.19 |
| #54  RW Simmons<br>199 Neuse Road<br>Kinston, NC 28501 | $.07 |
| #64  Jeffreys Seed Co<br>PO Box 887<br>Goldsboro, NC 27533 | $.06 |
| #59  UAP Carolina<br>PO Box 402838<br>Atlanta, GA 30384-2838 | $3.26 |
| #53  Royster-Clark<br>PO Box 272<br>Rocky Mount, NC 27802 | $6.83 |

2. That, the Trustee has made every effort to have these creditors negotiate said checks but all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 347.

This  1st  day of April, 2010.

/s/ Richard M.. Stearns
RICHARD M. STEARNS, Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295