**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

| | | | |
|---|---|---|---|
| **In Re:** | Wheat Swamp Landscaping Inc. | **Case No.:** | 02-07226-8-JRL |
| | Debtor(s) | | |
| **Address:** | 4675 Ben Dail Road | **Chapter:** | 12 |
| | LaGrange, NC 28551 | | |

## REPORT OF UNCLAIMED DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, reports to the Court:

1. That, checks were issued to the below listed creditors in accordance with the Chapter 12 Plan in this case and said checks have not been negotiated by the payee:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| #51  ONLINE COLLECTION<br>      202 W FIRETOWER RD<br>      WINTERVILLE, NC 28590-8412 | $0.05 |

2. That, the Trustee has made every effort to have these creditors negotiate said checks but all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 347.

This __17th__ day of June, 2010.

/s/ Richard M.. Stearns
RICHARD M. STEARNS, Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295