UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

**WHEAT SWAMP LANDSCAPING INC**   **CHAPTER 12**
              **DEBTOR(S)**                              **CASE NO. 02-07226-8-RDD**

### REPORT OF UNCLAIMED DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, reports to the Court:

1. That, checks were issued to the below listed creditors in accordance with the Chapter 12 Plan in this case and said checks have not been negotiated by the payee:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| #38  Lesters Hardware<br>602 N Heritage St<br>Kinston, NC 28501 | $0.91 |
| #42  Morton Materials<br>121 Garnett Lane<br>Jacksonville, NC 28546 | $0.61 |
| #47  Park Supply<br>3928 Hwy 11 North<br>Kinston, NC 28501 | $0.22 |
| #52  Robbins Nursery<br>200 Raccoon Road<br>Willard, NC 28478 | $0.23 |
| #56  Southern States<br>PO Box 26234<br>Richmond, VA 23260 | $3.07 |

2. That, the Trustee has made every effort to have these creditors negotiate said checks but all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 347.

This   13th   day of April, 2011.

        /s/ Richard M. Stearns
RICHARD M. STEARNS, Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone: (252) 523-2295